# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. William H. Walls

          v.     :     Crim. No. 12-00153 (MHW)

JABIAN ORTIZ     :     ORDER FOR CONTINUANCE

This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Osmar J. Benvenuto, Assistant United
States Attorney, appearing), and defendant Jabian Ortiz (Patrick
McMahon, Esq., appearing), for an order granting a continuance
of the proceedings in the above-captioned matter; one prior
continuance having previously been granted by the Court pursuant
to Title 18, United States Code, Section 3161(h)(7)(A), for the
purpose of effective preparation and so that the parties could
attempt to resolve the matter and thereby avoid a possible
trial; the defendant being aware that the defendant has the
right to have the matter brought to trial within seventy days of
the date of his appearance before a judicial officer of this
court, pursuant to Title 18, United States Code, Section
3161(c)(1); and the defendant, through his attorney, having
consented to the continuance and waived such right, and for good
cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1)  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

    (2)  Defendant has consented to the aforementioned continuance;

    (3)  The grant of a continuance likely will conserve judicial resources;

    (4)  Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___ day of ____, 2012,

ORDERED that the trial date in this matter is continued until August 13, 2012, and that the period of time from July 2, 2012 through August 13, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A); and it is further

ORDERED that trial shall commence on August 13, 2012 at 10:00 a.m.

                                    HONORABLE WILLIAM H. WALLS
                                    United States District Judge