PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jabian Ortiz                                           Cr.: 12-00153-001
                                                                        PACTS #: 63817

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. WALLS
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/27/2014

Original Offense: FELON IN POSSESSION OF A FIREARM

Original Sentence: 60 months probation

Special Conditions: Special Assessment, Location Monitoring Program

Type of Supervision: Probation                              Date Supervision Commenced: 03/27/2014

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

### ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

### CAUSE

On October 20, 2016, the offender verbally admitted to using cocaine three (3) times per week since June 2016. He also verbally admitted to using marijuana in September 2016. The offender does not have an alcohol/drug treatment condition, and he has agreed to enter a drug treatment program.

Prob 12B – page 2
Jabian Ortiz

Respectfully submitted,
Luis R. Gonzalez
By: Edward J Irwin  2016.10.20 13:36:07 -04'00'
U.S. Probation Officer
Date: 10/20/2016

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☑ The Modification of Conditions as Noted Above

☐ No Action

☐ Other

_____
Signature of Judicial Officer

25 October 2016
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**ALCOHOL/DRUG TESTING AND TREATMENT**

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

Witness: _____  Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee
Edward J Irwin                                      Jabian Ortiz

10/20/16
Date